UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   12-23131-CV-UNGARO

SECURITIES AND EXCHANGE COMMISSION,   )
                                      )
                  Plaintiff,           )
v.                                     )
                                      )
FABRIZIO NEVES and                     )
JOSE LUNA,                             )
                                      )
                  Defendants.          )
_____)

PLAINTIFF'S REQUEST FOR LETTERS ROGATORY TO SERVE DEFENDANT
NEVES PURSUANT TO THE INTER-AMERICAN CONVENTION
ON LETTERS ROGATORY

Plaintiff Securities and Exchange Commission seeks to serve the summons and complaint on Defendant Fabrizio Neves in Brazil pursuant to the Inter-American Convention on Letters Rogatory and Additional Protocol.

Because Neves is located in Brazil, the Commission may serve him by an "internationally agreed means of service . . . ." Fed. R. Civ. P. 4(f)(1).   The Inter-American Convention is one such means of service. *Lozano v. Bosdet,* 693 F.3d 485, 488 (5th Cir. 2012).   The United States and Brazil are parties to the Inter-American Convention.  To serve Neves pursuant to the Convention, we must submit a Letter Rogatory to the Court for its signature.  If the Court signs the Letter Rogatory, we will submit it to the U.S. Department of Justice, which is the U.S. Central Authority for the Convention.  The U.S. Central Authority will in turn forward the Letter Rogatory and attached documents to the Brazilian Central Authority to be served on him.

We have attached to this motion the Letter Rogatory requesting service of the summons, complaint and the Court's September 11, 2012 Order (D.E. 10) on Neves.  We have also attached

Portuguese translations of the Letter Rogatory and each document to be served, which the Convention requires us to provide along with English versions.

## CONCLUSION

The Commission asks the Court to sign and seal both the English and Portuguese versions of the Letter Rogatory in two places on each version, at pages 2 and 5, and return the signed original Letters to the undersigned attorney for the Commission to provide to the U.S. Central Authority.

Respectfully submitted,

October 30, 2012                    By:  Edward D. McCutcheon
                                         Edward D. McCutcheon
                                         Senior Trial Counsel
                                         Florida Bar No. 683841
                                         Direct Dial:  (305) 982-6380
                                         E-mail: mccutcheone@sec.gov
                                         *Lead Attorney*

                                         *Attorney for Plaintiff*
                                         **SECURITIES AND EXCHANGE COMMISSION**
                                         801 Brickell Avenue, Suite 1800
                                         Miami, Florida  33131
                                         Telephone: (305) 982-6300
                                         Facsimile:   (305) 536-4154